**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESSLEY DWANE WIGGINS,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>  Acting Commissioner Of Social Security,<br><br>  Defendant. | Case No. 1:16-cv-00041-SMS<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed January 12, 2016, Plaintiff Pressley Dwane Wiggins, by his attorney, Vijay Jagdish Patel, seeks to proceed *in forma pauperis*. Plaintiff submitted an application which is devoid of information, aside from a date and signature. Absent information regarding Plaintiff's financial situation, the Court cannot evaluate whether Plaintiff is sufficiently impoverished to justify proceeding without paying the filing fee for his lawsuit.

If Plaintiff elects to submit an amended application, as this order permits him to do, he must provide a completed application, providing all of the requested information.

Accordingly, the Court DENIES Plaintiff's motion to proceed *in forma pauperis*. Plaintiff shall either submit an amended and complete application to proceed *in forma pauperis* or pay the

///

///

///

1  filing fee to the Clerk of the Court within thirty (30) days of this order.  If Plaintiff does not pay the
2  filing fee or submit an amended application, the Court shall dismiss the case for lack of prosecution
3  without further notice.

IT IS SO ORDERED.

  Dated:  **January 13, 2016**                    **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE