# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESSLEY DWANE WIGGINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>　Acting Commissioner Of Social Security,<br><br>　　　　Defendant. | Case No. 1:16-cv-00041-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 4) |

　　　　On January 14, 2016, the Court denied Plaintiff Pressley Dwane Wiggins's application to proceed *in forma pauperis*. Doc. 3. Because the application was incomplete, the Court could not evaluate whether Plaintiff was sufficiently impoverished to justify proceeding without paying the filing fee for his lawsuit. Plaintiff was ordered to pay the filing fee or re-file a completed application. Plaintiff has since submitted an amended application which sets forth the showing required by 28 U.S.C. § 1915(a). Doc. 4.

　　　　Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue the summons and new case documents. The United States Marshal is directed to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

　　Dated: **January 20, 2016**　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE