# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESSLEY DWANE WIGGINS, <br><br> Plaintiff, <br><br> vs. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant | Case No.: 1:16-cv-00041-GSA <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses filed on April 12, 2017, it is ordered that fees and expenses in the amount of $6,406.93 as authorized by 28 U.S.C. § 2412(d), and no costs as authorized by 28 U.S.C. § 1920, be awarded Plaintiff subject to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2529 (2010) and pursuant to the terms of the Stipulation (Doc. 24).

_____

IT IS SO ORDERED.

Dated: **April 18, 2017**          /s/ Gary S. Austin
                      UNITED STATES MAGISTRATE JUDGE

-1-